302

## Joe JANSEN, Appellant, v. Joseph POL-LASTRINE, Appellee.

### No. 11209.

Circuit Court of Appeals, Ninth Circuit.

Jan. 7, 1946.

Joe Jansen, in pro. per., for appellant.

Julian A. Hurley, of Fairbanks, Alaska, for appellee.

Before GARRECHT and DENMAN, Circuit Judges.

PER CURIAM.

On consideration of the motion of appellee to dismiss appeal for failure of appellant to prosecute appeal, and appellant having stipulated the appeal herein may be dismissed, with costs to appellee, it is ordered that the appeal in this cause be dismissed, that a judgment be filed and entered accordingly and that the mandate of this court in this cause issue forthwith.

## William H. LOCKHART, Appellant, v. James A. JOHNSTON, Warden, United States Penitentiary, Alcatraz, California, Appellee.

### No. 11123.

Circuit Court of Appeals, Ninth Circuit.

Feb. 4, 1946.

William H. Lockhart, in pro. per., for appellant.

Frank J. Hennessy, U. S. Atty., and Joseph Karesh, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before GARRECHT and MATHEWS, Circuit Judges.

PER CURIAM.

This cause coming on regularly for hearing or submission, and there being no one present in open court on behalf of appellant, ordered appeal herein submitted on behalf of appellant on briefs on file, and presented by Mr. Joseph Karesh, Assistant United States Attorney, counsel for appellee, and submitted to the court for consideration and decision. Upon consideration thereof, further ordered that the order of the District Court in this cause be affirmed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue according to rule.

## A. PENZINER, Appellant, v. UNITED STATES of America, Appellee.

### No. 11212.

Circuit Court of Appeals, Ninth Circuit.

Jan. 7, 1946.

Edward Hale Julien, of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., of San Francisco, Cal., for appellee.

Before GARRECHT and DENMAN, Circuit Judges.

PER CURIAM.

Ordered motion of appellee to dismiss appeal, filed December 13, 1945, for failure of appellant to file transcript of record, docket cause and prosecute appeal, presented by Mr. Robert B. McMillan, Assistant United States Attorney, counsel for appellee—there being no appearance in open court on behalf of appellant and no objection filed to the motion—and submitted to the Court for consideration and decision. Upon consideration thereof, further ordered motion to dismiss granted, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.